UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YUMAR SANCHEZ RAMOS,

Petitioner,

Case No. 2:26-cv-2277-KCD-KRH

v.

TODD BLANCHE, MARKWAYNE MULLIN, DAVID VENTURELLA, WARDEN, GLADES COUNTY DETENTION CENTER,

Respondents.
_______________________________/

**ORDER**

The Court previously ordered the Government to provide Petitioner with a bond hearing. (Doc. 9.) On August 31, 2026, that happened, with the immigration judge denying bond after finding that Petitioner was a flight risk. (Doc. 10-1.) Petitioner, nonetheless, now moves the Court to "enforce" its prior order and "order his immediate release under reasonable conditions of supervision." (Doc. 10.)

Petitioner's motion is **DENIED**. The immigration judge identified the Court's prior order and provided a detailed discussion as to why bond is not appropriate here. (*See* Doc. 10-1.) There is nothing procedurally or constitutionally defective about its decision. Petitioner lobs many accusations against the process, such as the immigration judge not being a neutral

adjudicator. But there are no facts to support that outside of a decision Petitioner does not agree with. This Court does not have jurisdiction to step in and give Petitioner a different decision, but that is all the motion boils down to here. *See Mayorga v. Meade*, No. 24-CV-22131, 2024 WL 4298815, at *8 (S.D. Fla. Sept. 26, 2024) ("[T]his Court does not have jurisdiction to review the decision of the immigration judge to deny Petitioner bond[.]").

**ORDERED** in Fort Myers, Florida on October 16, 2026.

Kyle C. Dudek
United States District Judge